# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH GLAZE,<br><br>                Plaintiff,<br><br>    v.<br><br>NORTH KERN STATE PRISON, *et al.*,<br><br>                Defendants. | Case No.  1:21-cv-01054-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES<br><br>(Doc. No. 11) |

       Plaintiff Isaiah Glaze ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On August 3, 2021, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, based on plaintiff's failure to exhaust administrative remedies prior to filing suit.  (Doc. No. 11.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 3–4.)  No objections have been filed, and the deadline to do so has expired.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper

1

analysis.

Accordingly,

1. The findings and recommendations issued on August 3, 2021, (Doc. No. 11), are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to exhaust administrative remedies prior to filing suit; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 8, 2021

SENIOR DISTRICT JUDGE